| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) ArmenJr., Robert N. | 2. Court or Organization United States Tax Court | 3. Date of Report 03/26/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Special Trial Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 Second St., N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Dominion Resources stock | B | Dividend | K | T | | | | | |
| 2.  AT&T stock | B | Dividend | K | T | | | | | |
| 3.  Marathon Oil Corp. stock | B | Dividend | K | T | | | | | |
| 4.  Marathon Petroleum Corp. stock | B | Dividend | K | T | | | | | |
| 5.  Glaxo-Smith-Klein stock | A | Dividend | J | T | | | | | |
| 6.  Prudential Financial Inc. stock | A | Dividend | J | T | | | | | |
| 7.  Dreyfus Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 8.  Dreyfus Disciplined Stock Fund | A | Dividend | K | T | | | | | |
| 9.  T.Rowe Price Int'l Stock Fund | B | Dividend | K | T | | | | | |
| 10. T.Rowe Price Financial Services Fund | A | Dividend | | | Sold | 02/21/12 | J | B | |
| 11. T.Rowe Price VA Tax-Free Fund | A | Dividend | K | T | Buy (add'l) | 02/21/12 | J | | |
| 12. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 13. Vanguard Long-Term Bond Fund | C | Dividend | L | T | | | | | |
| 14. Vanguard Int'l Growth Fund | C | Dividend | L | T | | | | | |
| 15. Vanguard Index Trust-Small Cap Portfolio Fund | C | Dividend | L | T | | | | | |
| 16. Third Avenue Value Fund | A | Dividend | J | T | | | | | |
| 17. Mairs & Power Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia Value & Restructuring Fund | B | Dividend | K | T | | | | | |
| 19. Capital One Bank | B | Interest | L | T | | | | | |
| 20. Senate Federal Credit Union | B | Interest | K | T | | | | | |
| 21. Bank of Scotland/ Halifax PLC | A | Interest | J | T | | | | | |
| 22. U.S. Government obligations | B | Interest | K | T | | | | | |
| 23. Bank of Lancaster | A | Interest | J | T | | | | | |
| 24. Raymond James Bank | C | Interest | L | T | | | | | |
| 25. PNC Bank | C | Interest | L | T | | | | | |
| 26. Aberdeen Emerging Mkts Telecommunications & Infra Fund (ETF) | A | Dividend | J | T | | | | | |
| 27. Morgan-Stanley Emerging Markets Fund (MSF) | A | Dividend | J | T | | | | | |
| 28. Vanguard REIT Index Portfolio Fund | C | Dividend | L | T | | | | | |
| 29. Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 30. Vanguard Equity Income Fund | A | Dividend | J | T | | | | | |
| 31. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 32. Vanguard Index Trust - European Stock Portfolio Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard Growth & Income Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard Balanced Index Fund (f/k/a Asset Allocation Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 36. Vanguard Long-Term Corporate Bond Fund | B | Dividend | K | T | | | | | |
| 37. Invesco Developing Markets Fund (GTDDX) | A | Dividend | J | T | | | | | |
| 38. Stone Energy Corp. notes | A | Interest | J | T | Redeemed (part) | 12/17/12 | J | A | |
| 39. Comstock Resources Inc. notes | B | Interest | K | T | Buy (add'l) | 02/15/12 | J | | |
| 40. Comstock Resources Inc. notes | B | Interest | K | T | Sold (part) | 03/19/12 | J | A | |
| 41. Fisher Communications Inc notes | A | Interest | | | Redeemed | 01/17/12 | J | A | |
| 42. Compuware Corp. stock | A | Dividend | J | T | | | | | |
| 43. Helix Energy Solutions Group Inc. notes | A | Interest | | | Sold | 01/20/12 | J | A | |
| 44. Geokinetics Holdings Inc. notes | A | Interest | | | Sold (part) | 01/24/12 | J | A | |
| 45. Geokinetics Holdings Inc. notes | A | Interest | | | Sold | 01/30/12 | J | A | |
| 46. QAD Inc. stock (Class A) | A | Dividend | J | T | | | | | |
| 47. QAD Inc. stock (Class B) | A | Dividend | J | T | | | | | |
| 48. Tecumseh Products Company (Class A) stock | A | Dividend | J | T | Buy (add'l) | 03/19/12 | J | | |
| 49. Tecumseh Products Company (Class B) stock | A | Dividend | J | T | Buy (add'l) | 05/02/12 | J | | |
| 50. Leucadia Nat'l Corp. debenture | A | Interest | | | Redeemed | 03/15/12 | K | A | |
| 51. Artic Glacier Income FD notes | A | Interest | | | Sold | 06/28/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gaylord Entertainment Company notes | A | Interest | K | T | | | | | |
| 53. Transact Technologies Inc. stock | A | Dividend | J | T | Sold (part) | 04/25/12 | J | A | |
| 54. Skechers USA Inc. (Class A) stock | A | Dividend | | | Sold (part) | 02/14/12 | J | A | |
| 55. Skechers USA Inc. (Class A) stock | A | Dividend | | | Sold | 06/14/12 | J | A | |
| 56. Tellabs Inc. stock | A | Dividend | | | Sold | 09/14/12 | J | A | |
| 57. Stonemor Operating LLC notes | A | Dividend | | | Sold (part) | 09/05/12 | J | B | |
| 58. Stonemor Operating LLC notes | A | Dividend | | | Sold | 09/06/12 | J | A | |
| 59. Sierra Wireless Inc. (Canada) stock | A | Dividend | J | T | | | | | |
| 60. Ellington Financial LLC | A | Distribution | | | Sold | 02/17/12 | J | B | |
| 61. DSP Group Inc. stock | A | Dividend | J | T | | | | | |
| 62. American Select Portfolio Inc. stock | A | Dividend | | | Sold | 07/20/12 | J | A | |
| 63. Goodrixch Petroleum Corp. notes | A | Interest | J | T | | | | | |
| 64. Seachange International Inc. stock | A | Dividend | J | T | Buy (add'l) | 01/11/12 | J | | |
| 65. American Safety Ins Hldgs Ltd (UK) stock | A | Dividend | J | T | Buy (add'l) | 05/08/12 | J | | |
| 66. Gilat Satellite Networks Ltd (Israel) stock | A | Dividend | | | Sold | 11/14/12 | J | B | |
| 67. GMX Resources Inc. notes | A | Interest | J | T | Sold (part) | 03/13/12 | J | A | |
| 68. Checkpoint Systems Inc. stock | A | Dividend | J | T | Buy (add'l) | 01/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Checkpoint Systems Inc. stock | A | Dividend | J | T | Buy (add'l) | 03/08/12 | J | | |
| 70. Checkpoint Systems Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/01/12 | J | | |
| 71. Digital Generation Inc. stock | A | Dividend | J | T | Buy (add'l) | 02/22/12 | J | | |
| 72. Dover Motorsports Inc. stock | A | Dividend | J | T | | | | | |
| 73. Tetra Mechnologies Inc. stock | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | |
| 74. Mercer International Inc. notes | A | Interest | J | T | | | | | |
| 75. Antero Resources Finance Corp. notes | A | Interest | J | T | Buy | 03/26/12 | J | | |
| 76. Clayton Williams Energy Inc. notes | A | Interest | J | T | Buy | 04/02/12 | J | | |
| 77. Chesapeake Energy Corp. notes | A | Interest | J | T | Buy | 05/10/12 | J | | |
| 78. J.C. Penney Co., Inc. notes | A | Interest | J | T | Buy | 11/20/12 | J | | |
| 79. Ultra Petroleum Corp. (Canada) stock | A | Dividend | J | T | Buy | 02/27/12 | J | | |
| 80. Market Vectors Gold Miner ETF TR (GDX) | A | Dividend | J | T | Buy | 04/17/12 | J | | |
| 81. Dell Inc. stock | A | Dividend | J | T | Buy | 05/29/12 | J | | |
| 82. Dell Inc. stock | A | Dividend | J | T | Buy (add'l) | 09/28/12 | J | | |
| 83. Abercrombie & Fitch Co. (Class A) stock | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 84. Sandstorm Metals & Energy Ltd (Canada) stock | A | Dividend | J | T | Buy | 08/21/12 | J | | |
| 85. Apple Inc. stock | A | Dividend | J | T | Buy | 11/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Tesco PLC Ord stock | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 87. Transcept Pharmaceuticals Inc. stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Savings accounts and some investments automatically reinvest earnings, adding same to principal. All brokerage-relataed income is retained and reinvested.

Line 21: Halifax PLC (U.K.) is the savings bank component of Bank of Scotland, U.K.

Line 22: U.S. Government Obligations are U.S. Treasury E bonds, H bonds, and I bonds. All remaining H bonds were fully redeemed in 2012 at final maturity. E bonds are redeemd annually as they reach final maturity.

Line 34: Vanguard Asset Allocation Fund was reorganized into the Vanguard Balanced Index Fund on February 10, 2012. This was a non-taxable transaction; there was no cash distribution and neither gain nor loss to the shareholders.

| Name of Person Reporting | Date of Report |
|---|---|
| ArmenJr., Robert N. | 03/26/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. ArmenJr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544